**Order entered June 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00899-CV

**KELLY J. STONEBRAKER, Appellant**

V.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 0055-00410-2012**

## ORDER

Pursuant to Texas Rules of Appellate Procedure 20.1 and 34.6, we **ORDER** Antoinette Varela, Official Court Reporter, to file the reporter's record no later than **June 28, 2013**. *See* TEX. R. APP. P. 20.1(f),(k), 34.6(b),(d). Because this appeal has been submitted, no extensions will be granted absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) the Honorable Dan Wilson, Presiding Judge of County Court at Law No. 5, (2) Antoinette Varela, Official Court Reporter of County Court at Law No. 5, (3) and the parties, Kelly J. Stonebraker and Federal National Mortgage Association.

/Douglas S. Lang/
**DOUGLAS S. LANG**
**PRESIDING JUSTICE**